# Exhibit H

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| CONSUMER PORTFOLIO SERVICES, INC.,<br>Plaintiff,<br><br>v.<br><br>HINCKLEY, ALLEN & SNYDER, LLP,<br>Defendant. | C.A. No.04-493 L |

**ORDER**

The within action came before the Court for hearing on May 18, 2005 on the motion of Plaintiff Consumer Portfolio Services, Inc. ("CPS") to stay all proceedings in this case or, in the alternative, to consolidate this case with Jonathan H. Pardee, et al. v. Consumer Portfolio Services, Inc., Case No. 01-594-L (the "Pardee case"). Upon review of the submissions of the parties and in light of this Court's Decision and Order dated November 18, 2004 in the Pardee case, the Court hereby grants Plaintiff's motion to stay all proceedings in this action pending further order of this Court. The Court does not take any action at this time on Plaintiff's motion to consolidate this proceeding with the Pardee case.

ENTER:

Ronald R. Lagueux
Ronald R. Lagueux
United States Senior District Judge

BY ORDER:

[signature]
Deputy Clerk

Dated: 5/25/05

16

F:\MED\Consumer Portfolio\Hinckley, Allen & Snyder\Order Motion to Stay or Consolidate.doc