# Exhibit K

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| STANWICH FINANCIAL SERVICES CORP. | : | CHAPTER 11 |
| Debtor | : | CASE NO. 01-50831(AHWS) |
| | X | |
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF STANWICH FINANCIAL SERVICES CORPORATION, on behalf of THE ESTATE OF STANWICH FINANCIAL SERVICES CORPORATION AND ITS CREDITORS, | : | ADV. PRO. NO. 02-5023 |
| Plaintiff, | : | |
| V. | : | |
| JONATHAN H. PARDEE, et al. | : | |
| Defendants. | : | |
| | X | |

**OBJECTION TO LIQUIDATING AGENT'S MOTION FOR APPROVAL OF SETTLEMENT AND COMPROMISE WITH SIMULTANEOUS DISMISSAL OF ACTION AGAINST JONATHAN H. PARDEE, CAROL. H. PARDEE, OGDEN H. SUTRO, VIRGINIA S. MORSE AND PETER M. DODGE AND MEMORANDUM OF LAW IN SUPPORT THEREOF**

Objectors, Jonathan H. Pardee and the Pardee Charitable Remainder Trust (the "Pardee Objectors") hereby object to the *Liquidating Agent's Motion for Approval of Settlement and*

*Compromise With Simultaneous Dismissal of Action Against Jonathan J. Pardee, Carol H. Pardee, Ogden H. Sutro, Virginia S. Morse and Peter M. Dodge and Memorandum of Law in Support Thereof* (the "CPS/Pardee 9019 Motion") [Doc. No. 294], and in support thereof state as follows:

1. Fed.R.Bankr.P. 9019 provides, in pertinent part, that "...the court may approve a compromise or settlement." The CPS/Pardee 9019 Motion was filed by the Liquidating Agent despite the fact that the Liquidating Agent has actual knowledge of the fact that the Pardee Objectors are not party to any compromise or settlement with the Liquidating Agent, have not resolved their disputes with the Liquidating Agent, and do not consent to the relief sought in the CPS/Pardee 9019 Motion;

2. By virtue of the CPS/Pardee 9019 Motion, the Liquidating Agent is seeking to abrogate substantive rights of the Pardee Objectors, under the pretext of a settlement, without their consent or other cognizable cause;

3. By virtue the CPS/Pardee 9019 Motion, the Liquidating Agent is seeking to abrogate the substantive rights of the Pardee Objectors for the benefit of a third party, Consumer Portfolio Services, Inc., and not for the benefit of the Liquidating Debtors Estate.

4. Although referenced in the term sheet appended as an exhibit to the CPS/Pardee 9019 Motion, the Settlement Agreement is not appended to the CPS/Pardee 9019 Motion and has not been provided to the Pardee Objectors.



ZEISLER & ZEISLER, P.C. • *ATTORNEYS AT LAW*
558 CLINTON AVENUE • P. O. BOX 3186 • BRIDGEPORT, CONNECTICUT 06605-0186 • (203) 368-4234 • JURIS NO. 69625

5. The Pardee Objectors reserve their right to amend this objection.

For the reasons stated above, the Pardee Objectors respectfully request that this Court deny the *Liquidating Agent's Motion for Approval of Settlement and Compromise With Simultaneous Dismissal of Action Against Jonathan J. Pardee, Carol H. Pardee, Ogden H. Sutro, Virginia S. Morse and Peter M. Dodge and Memorandum of Law in Support Thereof.*

Respectfully submitted this 6th day of October, 2006, Bridgeport, Connecticut.

JONATHAN H. PARDEE

By: /s/Lawrence S. Grossman

Lawrence S. Grossman (ct15790)
Zeisler & Zeisler, P.C.
558 Clinton Avenue
P.O. Box 3186
Bridgeport, CT 06605
(203) 368-4234

**CERTIFICATE OF SERVICE**

This is to certify that a copy of the Objection to Liquidating Agent's Motion for Approval of settlement and Compromise with Simultaneous Dismissal of Action Against Jonathan J. Pardee, Carol H. Pardee, Ogden H. Sutro, Virginia S. Morse and Peter M. Dodge and Memorandum of Law in Support Thereof was sent via electronic mail and/or first class mail, postage prepaid, on the 6th day of October, 2006, to the following:

| | |
|---|---|
| James Berman | jberman@zeislaw.com |
| John F. Carberry | jcarberry@cl-law.com |
| Brian C. Courtney | bcourtney@rms-law.com |
| Carol A. Felicetta | cfelicetta@reidandriege.com |
| Dominic Fulco | dfulco@reidandriege.com |
| Jessica Grossarth | jgrossarth@pullcom.com |
| Thomas A. Gugliotti | tgugliotti@uks.com |
| Stephen M. Kindseth | skindseth@zeislaw.com |
| Christopher J. Major | cmajor@rc.com |
| Maximino Medina | mmedina@znclaw.com |
| Melissa Zelen Neier | mneier@ibolaw.com |
| Jon P. Newton | jnewton@reidandriege.com |
| Joan E. Pilver | joan.pilver@po.state.ct.us |
| Mark M. Porto | mmporto@dbh.com |
| John J. Robacynski | johnr@gersten-clifford.com |
| Scott D. Rosen | srosen@cb-shea.com |
| Robert U. Sattin | rsattin@reidandriege.com |
| Douglas S. Skalka | dskalka@mpmlaw.com |
| James J. Tancredi | jjtancredi@dbh.com |
| U.S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |
| Robert A. White | rwhite@murthalaw.com |
| David B. Zabel | dzabel@cohenandwolf.com |

Kevin S. Alfred, Esq.
Munger, Tolles and Olsen, LLP
355 S. Grand Ave., 35th Fl.
Los Angeles, CA 90071-1560