**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JONATHAN H. PARDEE, *et al.*,<br>Plaintiffs,<br><br>v.<br><br>CHARLES E. BRADLEY, JR., *et al.*,<br>Defendants. | ) | C.A. No. 07-023 ML |

**RULE 9.1 NOTICE OF RELATED PROCEEDINGS**

Pursuant to L.R. Civ. 9.1, Defendants hereby file this notice that the claims pending in this action involve claims, occurrences, and events that are also at issue in the following related proceedings:

a) Jonathan H. Pardee, *et al.* v. Consumer Portfolio Services, Inc., Case No. 01-594 L, United States District Court for the District of Rhode Island;

b) Consumer Portfolio Services, Inc. v. Hinckley, Allen & Snyder, LLP, Case No. 04-493 L, United States District Court for the District of Rhode Island;

c) Official Committee of Unsecured Creditors v. Jonathan H. Pardee, *et al.*, Case No. 02-5023, United States Bankruptcy Court for the District of Connecticut.

d) In re Structured Settlement Litigation, Case No. BC-244111, Los Angeles, California, Superior Court; and

e) Takako Hawkins, *et al.* v. Merrill Lynch, Pierce, Fenner & Smith, Inc., *et al.*, Case No. 279691, Los Angeles, California, Superior Court.

The nature of the relationship between this case and the related proceedings listed above is set forth in more detail in Defendants' memorandum in support of their motion to dismiss or, in the alternative, stay, dated March 20, 2007, which is incorporated herein by reference.

Respectfully submitted,

CHARLES E. BRADLEY, JR., and CHARLES E. BRADLEY, Sr.,

By Their Attorneys,

/s/ Christopher H. Little
Christopher H. Little (#1789)

/s/ Scott K. Pomeroy
Scott K. Pomeroy (#6044)
LITTLE MEDEIROS KINDER BULMAN & WHITNEY, P.C.
72 Pine Street
Providence, RI 02903
(401) 272-8080
Fax (401) 521-3555
Email: clittle@lmkbw.com, spomeroy@lmkbw.com

DATED: March 20, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March 2007, I caused a true copy of the within Rule 9.1 Notice of Related Proceedings to be filed electronically with the Court's CM/ECF system and thereby served upon each of the following via email:

Marc DeSisto, Esq. (marc@desistolaw.com)
DeSISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906

/s/ Christopher H. Little

scott/A124/1612