UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| JONATHAN H. PARDEE, an individual; and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the JONATHAN H. PARDEE CHARITABLE REMAINDER UNITRUST U/A MAY 17, 1997,<br><br>*Plaintiffs,*<br><br>v.<br><br>CHARLES E. BRADLEY, JR., an individual; and CHARLES E. BRADLEY, SR., an individual,<br><br>*Defendants.* | C.A. No. 07-023 ML |

**PLAINTIFFS' ASSENTED-TO MOTION TO EXTEND THE TIME TO OBJECT AND RESPOND TO DEFENDANTS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, STAY**

NOW COME Plaintiffs in the above-captioned matter and hereby move to extend the time in which to object and respond to Defendants' *Motion to Dismiss or, in the Alternative, Stay* from April 6, 2007, to April 27, 2007. Plaintiffs state that they have consulted with defense counsel who has no objection to this limited extension.

In support of the instant motion, plaintiffs submit that in addition to the fact that some of the attorneys that will work on the opposition have previously scheduled vacations that will interfere with their ability to prepare the opposition by the original deadline, the extension is necessary in order to provide plaintiffs with adequate time to properly research and prepare a response to the Motion to Dismiss.

WHEREFORE, Plaintiffs respectfully request that this Court grant the instant motion to increase the time within which plaintiffs may object and respond to Defendants' *Motion to Dismiss or, in the alternative, Stay* to April 27, 2007.

Plaintiffs,
By their attorneys,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

CERTIFICATION

I hereby certify that the within Assented-to Motion has been electronically filed with the Court on this 30th day of March, 2007, and is available for viewing and downloading from the ECF system.

*/s/ Marc DeSisto*

Marc DeSisto