UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JONATHAN PARDEE

v. CA 07-023 ML

CHARLES E. BRADLELY, JR., et al.

ORDER

This case is related to 01-594L, therefore, it is transferred to Senior United States District Judge Lagueux.

SO ORDERED:

Mary M. Lisi
Chief United States District Judge
May 9 , 2007