**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| JONATHAN H. PARDEE, an individual; and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the JONATHAN H. PARDEE CHARITABLE REMAINDER UNITRUST U/A MAY 17, 1997.<br><br>*Plaintiffs,*<br><br>v.<br><br>CHARLES E. BRADLEY, JR., an individual; and CHARLES E. BRADLEY, SR., an individual<br><br>*Defendants.* | C.A. No. 07-023 L |

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs in the above matter hereby move that RENE TATRO, ESQ. be admitted *pro hac vice* in the above case as counsel with local counsel, identified below, on the following grounds:

☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ______________________________

✔ Pro hac vice counsel's long-standing representation of the clients, Jonathan H. Pardee, an individual, and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the Jonathan H. Pardee Charitable Remainder Unitrust U/A May 17, 1997.

☐ The local trial bar lacks experience in the field of: ______________________

☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ______________________

☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ______________________________

☐ It is a criminal case, and pro hac vice counsel is defendant's counsel of choice.

☐ Other: ________________________________________________

Plaintiffs,
By their attorneys,

*/s/ Marc DeSisto*

________________________________

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

Dated: May 16, 2007

**ATTORNEY, RENE TATRO'S CERTIFICATION FOR PRO HAC VICE ADMISSION**

(1) I, Rene Tatro, certify that I am a member in good standing of the bar of the State of California and the following federal district court bar: Northern, Eastern and Central Districts of California, the Eastern District of Michigan and the United States Court of International Trade, without any restriction on my eligibility to practice, and that I understand my obligation to notify this Court immediately of any change respecting my status in this respect.

(2) I am currently admitted Pro Hac Vice in this District in a related case, *Pardee v. Consumer Portfolio Services, Inc., C.A. No. 01-594L*:

(3) I have read, acknowledge, and agree to observe and to be bound by the local rules and orders of this Court, including the Rules of Professional Conduct of the Rhode Island Supreme Court, as adopted by this Court as the standard of conduct for all attorneys appearing before it.

(4) For purposes of this case, I have associated with local associate counsel identified below, and have read, acknowledge, and will observe the requirements of this Court respecting the participation of local associate counsel, as set out in LR Gen 204, recognizing that failure to do so may result in my being disqualified, either upon the Court's motion or motion of the other parties in the case.

René P. Tatro, Esq.
Tatro Tekosky Sadwick LLP
660 S. Figueroa Street
Suite 1450
Los Angeles, CA 90017
Phone: (617) 946-4991
Fax: (617) 946-4801

C.A. No. 07-023L

CERTIFICATION OF LOCAL COUNSEL

I certify that I have read and join in the foregoing Motion for Admission *Pro Hac Vice* of René P. Tatro, Esq., and acknowledge and agree to observe the requirements of LR Gen. 204 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Local Counsel,

*/s/ Marc DeSisto*

____________________________________

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

---

**ORDER**

This motion is hereby ____________________

________________________________________
District Judge

Date: ______________

C.A. No. 07-023L

CERTIFICATION

I hereby certify that the within has been electronically filed with the Court on this 16th day of May, 2007, is available for viewing and downloading from the ECF system, and that the counsel of record listed below will receive notice via the ECF system:

Christopher H, Little, Esq.
clittle@lmkbw.com

SCOTT K. POMEROY, ESQ.
spomeroy@lmkbw.com

*/s/ Marc DeSisto*

Marc DeSisto