UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RHJ

MAY 30 2007

JONATHAN H. PARDEE, an individual; and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the JONATHAN H. PARDEE CHARITABLE REMAINDER UNITRUST U/A MAY 17, 1997,

*Plaintiffs,*

v.

CHARLES E. BRADLEY, JR., an individual; and CHARLES E. BRADLEY, SR., an individual,

*Defendants.*

C.A. No. 07-023 L

**ORDER**

The within action came before the Court for hearing on May 24, 2007 on Defendants' motion to dismiss or, in the alternative, to stay. After hearing thereon, it is hereby ordered that the Defendants' motion to stay all proceedings pending further order of this Court is granted; and Defendants' motion to dismiss the complaint is denied.

ENTER:

Ronald R. Lagueux
Sr. USDJ 5/31/07

By Order:

Dated: May , 2007