AO 435 (Rev. 12/03)

*Please Read Instructions above*

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

| | | | | |
|---|---|---|---|---|
| 1. NAME<br>Christopher H. Little | | 2. PHONE NUMBER<br>(401) 272-8080 | 3. DATE<br>6/6/2007 | |
| 4. MAILING ADDRESS<br>72 Pine Street | | 5. CITY<br>Providence | 6. STATE<br>RI | 7. ZIP CODE<br>02903 |
| 8. CASE NUMBER<br>07-23L | 9. JUDGE<br>Ronald R. Lagueux | DATES OF PROCEEDINGS<br>10. FROM 5/24/2007 | 11. 5/24/2007 | |
| 12. CASE NAME<br>Pardee, et al. v. Bradley, et al. | | LOCATION OF PROCEEDINGS<br>13. Courtroom 4 | 14. | |

15. ORDER FOR

☐ APPEAL ☐ CRIMINAL ☐ CRIMINAL JUSTICE ACT ☐ BANKRUPTCY

☐ NON-APPEAL ☒ CIVIL ☐ IN FORMA PAUPERIS ☐ OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☒ OTHER (Specify) | 5/24/2007 |
| ☐ SENTENCING | | Motion Hearing | |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☒ | ☒ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL: 0.00

18. SIGNATURE
Christopher H. Little
Digitally signed by Christopher H. Little DN: cn=Christopher H. Little, c=US Date: 2007.06.06 10:17:47 -05'00'

PROCESSED BY

19. DATE
6/6/2007

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY |
|---|---|---|
| ORDER RECEIVED | | |
| DEPOSIT PAID | | |
| TRANSCRIPT ORDERED | | |
| TRANSCRIPT RECEIVED | | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | |
| PARTY RECEIVED TRANSCRIPT | | |

| | |
|---|---|
| DEPOSIT PAID | |
| TOTAL CHARGES | 0.00 |
| LESS DEPOSIT | 0.00 |
| TOTAL REFUNDED | |
| TOTAL DUE | 0.00 |

(Previous editions of this form may still be used)

**DISTRIBUTION:** COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY