**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JONATHAN H. PARDEE, an individual; and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the JONATHAN H. PARDEE CHARITABLE REMAINDER UNITRUST U/A MAY 17, 1997.

*Plaintiffs,*

v.

CHARLES E. BRADLEY, JR., an individual; and CHARLES E. BRADLEY, SR., an individual

*Defendants.*

C.A. No. 07-023 L

**MOTION FOR ENTRY OF APPEARANCE**
**PRO HAC VICE**

Plaintiffs in the above matter hereby move that RENE TATRO, ESQ. be admitted *pro hac vice* in the above case as counsel with local counsel, identified below, on the following grounds:

- ☐ The case involves the following complex area of the law, in which pro hac vice counsel specializes: ____________________

- ✔ Pro hac vice counsel's long-standing representation of the clients, Jonathan H. Pardee, an individual, and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the Jonathan H. Pardee Charitable Remainder Unitrust U/A May 17, 1997.

- ☐ The local trial bar lacks experience in the field of: ____________________

- ☐ The case involves complex legal questions under the law of a foreign jurisdiction with which pro hac vice counsel is familiar, specifically: ____________________

- ☐ The case requires extensive discovery in a foreign jurisdiction convenient to pro hac vice counsel, as follows: ____________________

C.A. No. 07-023L

CERTIFICATION OF LOCAL COUNSEL

I certify that I have read and join in the foregoing Motion for Admission *Pro Hac Vice* of René P. Tatro, Esq., and acknowledge and agree to observe the requirements of LR Gen. 204 in its entirety and as it related to the participation and responsibilities of local associate counsel.

Local Counsel,

*/s/ Marc DeSisto*

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563
Phone: (401) 272-4442
Fax: (401) 272-9937
Email: marc@desistolaw.com

---

**ORDER**

This motion is hereby GRANTED

Ronald R. Lagueux

Sr District Judge

Date: 6/6/07