**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

JONATHAN H. PARDEE, an individual; and Carol H. Pardee (formerly Carol P. Havican) as Trustee of the JONATHAN H. PARDEE CHARITABLE REMAINDER UNITRUST U/A MAY 17, 1997.

Plaintiffs,

v.

CHARLES E. BRADLEY, JR., an individual; and CHARLES E. BRADLEY, SR., an individual

Defendants.

Case No. C.A. No. 07-cv-00023-L-DLM

**NOTICE OF CHANGE OF FIRM LOCATION**

## NOTICE OF CHANGE OF FIRM LOCATION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that effective immediately, the address for the law firm of Tatro Tekosky Sadwick LLP is:

333 S. Grand Avenue, Suite 4270

Los Angeles, CA 90071

Telephone: (213) 225-7171

Facsimile: (213) 225-7151

Please revise your service and distribution lists accordingly. Note that our telephone and fax information remain the same.

Plaintiffs,
By their attorneys,

/s/ *René P. Tatro*

René P. Tatro (CASB 078383)*(Pro Hac Vice)*
Tatro Tekosky Sadwick LLP
333 S. Grand Avenue, Suite 4270
Los Angeles, CA 90071
Phone: (213) 225-7171
Fax: (213) 225-7151
Email: renetatro@ttsmlaw.com

Dated: November 20, 2007

CERTIFICATION OF SERVICE

I hereby certify that a true copy of the within **Notice of Change of Firm Location** was mailed, postage prepaid, on this 20th day of November, 2007, to:

Marc DeSisto, Esq. (#2757)
DESISTO LAW
211 Angell Street
P.O. Box 2563
Providence, RI 02906-2563

Christopher H. Little
Little, Medeiros, Knder, Bulman & Whitney
72 Pine Street, 5th Floor
Providence, RI 02903

/s/ *Karen L. Roberts*
Karen L. Roberts